IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PATRICK GUERRIERO, | : | 4:08-cv-1253 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| LOCK HAVEN UNIVERSITY OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## VERDICT FORM

**TO THE JURY:**

Upon completion of your deliberations, all of the jurors should sign and date the verdict form and notify the courtroom officer that the jury has reached its verdict.

<u>Jury Interrogatory #1</u>

Was Plaintiff Joseph Patrick Guerriero subjected to a materially adverse employment action by Defendant Lock Haven University after or contemporaneous to his filing of a complaint alleging violations of Title VII of the Civil Rights Act of 1964?

Yes      __X__

No      _____

If your answer to this interrogatory is "Yes" please proceed to Jury Interrogatory #2, on the next page. If you answer "No" to this interrogatory, please return to the Courtroom.

2

## Jury Interrogatory #2

Was Plaintiff's filing of a Title VII complaint a determinative factor that prompted Defendant to take the materially adverse employment action?

Yes      __X__

No      _____

If your answer to this interrogatory is "Yes" please proceed to Jury Interrogatory #3, on the next page. If you answer "No" to this interrogatory, please return to the Courtroom.

## Jury Interrogatory #3

Did Defendant have a legitimate, non-discriminatory reason for taking the adverse employment action against Plaintiff?

Yes           __X__

No          _____

If your answer to this interrogatory is "Yes" please proceed to Jury Interrogatory #4, on the next page. If you answer "No" to this interrogatory, please proceed to Jury Interrogatory #5 and SKIP Jury Interrogatory #4.

Jury Interrogatory #4

Has Plaintiff provided evidence from which you reasonably either (i) disbelieve Defendant's legitimate, non-discriminatory reason, or (ii) believe that a discriminatory reason was more likely than not a motivating or determinative cause of Lock Haven's decision to alter Plaintiff's job responsibilities?

Yes     __X__

No      _____

If your answer to this interrogatory is "Yes" please proceed to Jury Interrogatory #5, on the next page. If you answer "No" to this interrogatory, please return to the Courtroom.

## Jury Interrogatory #5

Please state the amount of damages to be awarded to Plaintiff to compensate him for the adverse employment action taken by Defendant.

The jury awards $ 60,000 in compensatory damages.

This concludes the special verdict questions. Please have all jurors sign and date the next page.

All Jurors, please sign and date the verdict form.

_____   _____
Juror #1    Frank W. Symons, Jr.    Date 11/9/09

_____   _____
Juror #2    Beth Anne Lundy         Date 11/9/09

_____   _____
Juror #3    Kenneth E. Stitley      Date 11-9-09

_____   _____
Juror #4    Robert E. Gibson        Date 11/9/09

_____   _____
Juror #5    Karl P. Becker          Date 9 NOV, 2009

_____   _____
Juror #6    R. Donald Waltz, Jr.    Date 11/9/09

_____   _____
Juror #7    Marcia J. Klinepeter    Date 11/09/09

_____   _____
Juror #8    Dell W. Pratt           Date 11/9/09

7