⍟AO450 (Rev. 5/85)  Judgment in a Civil Case

UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

JOSEPH PATRICK GUERRIERO

V.

LOCK HAVEN UNIVERSITY
OF PENNSYLVANIA

**JUDGMENT IN A CIVIL CASE**

Case Number:    4:08cv1253

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $60,000.

November 9, 2009
Date

Mary D'Andrea
Clerk

_____ (signature) _____
(By) Deputy Clerk